UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:10-CR-550-T-17MAP

PAULA L. HORNBERGER.

_____/

ORDER

This cause is before the Court on:

Dkt. 1334    Motion to Terminate Supervised Release

Defendant Paula L. Hornberger moves for early termination of her term of supervised release. Defendant Paula L. Hornberger was sentenced on October 26, 2012 to incarceration of one year and one day, followed by a three-year term of supervised release, and restitution of $13,229,100.00 (Dkt. 821).

Defendant Hornberger has served more than one year of the term of supervised release, and is making monthly payments toward restitution. Defendant Hornberger states that one condition of her supervision prevents Defendant from leaving the State of Washington, and as a result, Defendant Hornberger has not been personally able to travel with Defendant's minor child to visit with the child's father, George Cavallo, who is incarcerated at the Federal Correctional Institution in Sheridan, Oregon.

The Government opposes Defendant Hornberger's Motion, in light of the fact that Defendant Hornberger has served less than half of the term of supervised release, and the substantial amount of restitution which remains outstanding.

The Court notes that Defendant Hornberger is permitted to travel outside the State of Washington with the permission of her supervising Probation Officer. After

Case No. 8:10-CR-550-T-17MAP

consideration of the relevant factors pursuant to 18 U.S.C. Sec. 3553 indicated in 18 U.S.C. Sec. 3583, and in the interest of justice, the Court denies Defendant's Motion for Termination of Supervised Release. Accordingly, it is

**ORDERED** that Defendant's Motion for Termination of Supervised Release (Dkt. 1334) is **denied**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 16 day of JUNE 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record