UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:10-cr-550-T-17MAP

PAULA L. HORNBERGER

**FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture for Substitute Assets, *DKT 1357* pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following property in partial satisfaction of the defendant's $7,454,449.00 Forfeiture Money Judgment:

    a.    Approximately $4,127.47 seized from USAA Bank, including Account Numbers 0010801359 and 001080137, held in the name of Paula Hornberger;

    b.    Approximately, $4,078.46 seized from a US Bank account, held in the name of Paula Hornberger;

    c.    Approximately $13,259.07 seized from Fidelity, Plan Account Number 68548, held in the name of Paula Hornberger; and

    d.    Approximately $13,465.15 seized from Overlake Hospital Medical Center Contribution Plan 401(a), plan Account Number 68430, held in the name of Paula Hornberger at Fidelity Investments.

On February 21, 2013, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), the Court entered a Preliminary Order of Forfeiture for Substitute Asset for the Overlake 401(a) plan listed above. Doc. 1028. On June 21, 2013, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), the Court

*CASE NO. 8:10-CR-550-T-17 MAP*

entered an Amended Preliminary Order of Forfeiture for Substitute Assets for the remaining assets described above. Doc. 1237.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from November 8, 2012 through December 7, 2012, Doc. 927, and from March 14, 2013 through April 12, 2013. Doc. 1086. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

CASE NO. 8:10-CR-550-T-17 MAP

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 7th day of August, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record